UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH BORELLI, Individually and as Parent and Natural Guardian of J.B., JANET NICHOLS, Individually and as Parent and Natural Guardian of J.N., MARIA HART, Individually and as Parent and Natural Guardian of C.H., A.H., and J.H., ERIN ULITTO, Individually and as Parent and Natural Guardian of L.U., CRYSTAL J. LIA, Individually and as Parent and Natural Guardian of F.L., C.L., and G.L., and MICHELLE BAIONE, Individually and as Parent and Natural Guardian of R.B. and C.B., GAETANO LA MAZZA, CHILDREN'S HEALTH DEFENSE, CHRISTINE KALIAKAZAROS, ADRIANA AVILES, and STEPHANIE DENARO,

              Plaintiffs,

            -against-

BILL DE BLASIO, in his Official Capacity as Mayor of the City of New York, DR. DAVID CHOKSHI, in his Official Capacity of Health Commissioner of the City of New York, NEW YORK CITY DEPARTMENT OF EDUCATION, RICHARD A. CARRANZA, in his Official Capacity as Chancellor of the New York City Department of Education, and THE CITY OF NEW YORK,

             Defendants.

**ORDER**

20 Civ. 9829 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiffs recently filed the First Amended Complaint (Dkt. No. 11), an amended motion for a preliminary injunction (Dkt. No. 12), and a motion for judicial notice (Dkt. No. 13).

Defendants' opposition is due December 23, 2020 by 5:00 p.m.  Any reply will be submitted by December 30, 2020 at 5:00 p.m.

Dated: New York, New York
       December 18, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2