UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BORELLI, Individually and as Parent and Natural Guardian of J.B., JANET NICHOLS, Individually and as Parent and Natural Guardian of J.N., MARIA HART, Individually and as Parent and Natural Guardian of C.H., A.H., and J.H., ERIN ULITTO, Individually and as Parent and Natural Guardian of L.U., CRYSTAL J. LIA, Individually and as Parent and Natural Guardian of F.L., C.L., and G.L., and MICHELLE BAIONE, Individually and as Parent and Natural Guardian of R.B. and C.B., ADRIANA AVILES, Individually and as Parent and Natural Guardian of N.A., N.A, and A.A., STEPHANIE DENARO, Individually and as Parent and Natural Guardian of D.D. and H.D., CHRISTINE KALIKAZAROS, Individually and as Parent and Natural Guardian of Y.K, GAETANO LA MAZZA, Individually and as Parent and Natural Guardian of R.L, and CHILDREN'S HEALTH DEFENSE, <br><br>                    Plaintiffs, <br><br>            -against- <br><br>BILL DE BLASIO, in his Official Capacity as Mayor of the City of New York, DR. DAVID CHOKSHI, in his Official Capacity of Health Commissioner of the City of New York, NEW YORK CITY DEPARTMENT OF EDUCATION, RICHARD A. CARRANZA, in his Official Capacity as Chancellor of the New York City Department of Education, and THE CITY OF NEW YORK, <br><br>                    Defendants. | **ORDER** <br><br> 20 Civ. 9829 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

A hearing on Plaintiffs' application for a preliminary injunction (Dkt. No. 12) will take place on **Thursday, January 14, 2021 at 3:00 p.m.**  The hearing will take place telephonically.

The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the proceeding by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Three days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the hearing so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York
       January 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge