UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANA AVILES, Individually and as Parent and Natural Guardian of N.A., N.A., and A.A., STEPHANIE DENARO, Individually and as Parent and Natural Guardian of D.D. and H.D., CHRISTINE KALIKAZAROS, Individually and as Parent and Natural Guardian of Y.K., GAETANO LA MAZZA, Individually and as Parent and Natural Guardian of R.L., CRYSTAL LIA, Individually and as Parent and Natural Guardian of F.L., and CHILDREN'S HEALTH DEFENSE, | **ORDER**<br><br>20 Civ. 9829 (PGG) |

Plaintiffs,

-against-

BILL DE BLASIO, in his Official Capacity as Mayor of the City of New York, DR. DAVID CHOKSHI, in his Official Capacity of Health Commissioner of the City of New York, NEW YORK CITY DEPARTMENT OF EDUCATION, RICHARD A. CARRANZA, in his Official Capacity as Chancellor of the New York City Department of Education, and THE CITY OF NEW YORK,

Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

Plaintiffs' motion for a preliminary injunction pending appeal (Dkt. No. 52) is

denied for the same reasons set forth in this Court's March 2, 2021 Memorandum Opinion &

Order (Dkt. No. 46) denying Plaintiff's motion for a preliminary injunction (Dkt. No.

12).  Plaintiffs' application for a stay of proceedings in the district court pending appeal (Dkt.

No. 47) is granted.

Dated:  New York, New York
       April 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge