# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand twenty-two.

Present:
> Richard C. Wesley,
> Michael H. Park,
> Eunice C. Lee,
> > *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 21 2022

---

Crystal J. Lisa, Individually, Gaetano La Mazza, Children's Health Defense, Christine Kalikazaros, Adriana Aviles, Stephanie Denaro,

> *Plaintiffs-Appellants*,

v.                                                                          21-721

Bill de Blasio, in his Official Capacity as Mayor of the City of New York, New York City Department of Education, Meisha Porter, in her Official Capacity as Chancellor of the New York City Department of Education and The City of New York, City of New York, Dr. David Chokshi, in his Official Capacity of Health Commissioner of the City of New York,

> *Defendants-Appellees*.

---

IT IS HEREBY ORDERED that this appeal is DISMISSED as moot. We hereby VACATE the district court's order denying Appellants' motion for a preliminary injunction and REMAND the case to the district court. *Bragger v. Trinity Cap. Enter. Corp.*, 30 F.3d 14, 17 (2d Cir. 1994).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/21/2022